**Order entered September 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00631-CV

### GUSTAVO TORRES, Appellant

### V.

### ANGEL LEE, INDIVIDUALLY AND D/B/A ANGEL CONSTRUCTION AND/OR 1004 CONSTRUCTION, 1004 CONSTRUCTION, INC., MI K. HAN-SON, MIKE K. HANSON AND HEIU S. LEE, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02662-2017**

## ORDER

Before the Court is appellant's motion for extension of time to file brief and appellees' objection. We **GRANT** the motion and **ORDER** the brief be filed no later than October 31, 2018. We caution appellant that further extension requests will be disfavored and that future filings must comply with the service and conference requirements of Texas Rules of Appellate Procedure 9 and 10. *See* TEX. R. APP. P. 9, 10.

/s/      DAVID EVANS
JUSTICE